# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 08-35222    JPG    Judge: JOHN P. GUSTAFSON

Case Name: NORWALK FURNITURE CORPORATION

For Period Ending: 06/30/14    (6th reporting period for this case)

Trustee Name: LOUIS J. YOPPOLO, TRUSTEE

Date Filed (f) or Converted (c): 10/03/08 (f)

341(a) Meeting Date: 11/17/08

Claims Bar Date: 04/20/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TRACTORS AND TRAILERS IN NORWALK, OH | 24,000.00 | 51,425.00 | | 51,425.00 | FA |
| 2. RETAIL STORE AND BUILDING - MANSFIELD, OHIO | 524,000.00 | 0.00 | | 0.00 | FA |
| 3. VARIOUS BANK ACCOUNTS - COMERICA BANK | 135,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH SURRENDER VALUE OF LIFE INSURANCE POLICIES | 385,000.00 | 385,000.00 | | 133,844.31 | FA |
| 5. STOCK | 45,100.00 | 19,774.02 | | 19,774.02 | FA |
| 6. PARTNERSHIP/JOINT VENTURE INTERESTS | 97,000.00 | 39,900.00 | | 39,900.00 | FA |
| 7. CUSTOMER ACCOUNTS IN NORWALK, OH | 5,857,000.00 | 1.00 | | 0.00 | FA |
| 8. OFFICE EQUIPMENT IN LIVINGSTON, TN | 21,000.00 | 0.00 | | 0.00 | FA |
| 9. MACHINERY AND EQUIPMENT IN LIVINGSTON, TN | 63,000.00 | 0.00 | | 0.00 | FA |
| 10. RAW MATERIALS, WIP, FIN GOODS - LIVINGSTON, TN | 264,000.00 | 0.00 | | 0.00 | FA |
| 11. OTHER PERSONAL PROPERTY | 4,085,000.00 | 1.00 | | 0.00 | FA |
| 12. TAX REFUNDS (u) | 0.00 | 401,421.87 | | 401,421.87 | FA |
| 13. PREFERENCE RECOVERIES (u) | 0.00 | 474,344.30 | | 464,344.30 | FA |
| 14. HICKORY HILL SURCHARGE (SALE OF REAL ESTATE) (u) | 0.00 | 22,500.00 | | 22,500.00 | FA |
| 15. RECOVERY OF INSURANCE REBATES (u) | 0.00 | 1,960.04 | | 1,960.04 | FA |
| 16. RESERVE FROM GE MONEY BANK/CREDIT CARD PROGRAM (u) | 0.00 | 155,794.10 | | 155,794.10 | FA |
| 17. AXA Stock (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18. VARIOUS UNSCHEDULED BANK ACCOUNTS (u) | 0.00 | 10,157.86 | | 3,753.57 | FA |
| 19. MORGAN STANLEY SMITH BARNEY ACCOUNT (u) | 0.00 | 6,727.12 | | 0.00 | FA |
| 20. T ROWE PRICE ACCOUNT (u) | 0.00 | 28,280.77 | | 0.00 | FA |
| 21. SALE OF COOKEVILLE - CARVE OUT (u) | 0.00 | 127,500.00 | | 127,500.00 | FA |
| 22. CLASS ACTION RECOVERY (u) | 0.00 | 1.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 518.71 | FA |

Gross Value of Remaining Assets

LFORM1

Ver: 18.00a

Case No: 08-35222 JPG Judge: JOHN P. GUSTAFSON

Case Name: NORWALK FURNITURE CORPORATION

Trustee Name: LOUIS J. YOPPOLO, TRUSTEE

Date Filed (f) or Converted (c): 10/03/08 (f)

341(a) Meeting Date: 11/17/08

Claims Bar Date: 04/20/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $11,500,100.00 | $1,724,788.08 | | $1,422,735.92 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 11, 2014

Claims objections resolved. Special counsel still working on termination of pension plans for Company. Audits

completed for form 5500s for Defined Contribution Pension Plan. Audits for form 5500s in process for 401(k) Plan. When

audits complete and plans terminated, final report and account can be filed.

RE PROP# 1---Asset scheduled as: Tractors and trailers in Norwalk OH at net book value.

RE PROP# 2---Asset scheduled as: Retail store and building in Mansfield OH - at net book value

RE PROP# 3---Asset scheduled as: Various bank accounts with Comerica Bank in Detroit, MI

RE PROP# 4---Asset scheduled as: Cash surrender value of life insurance policies in Norwalk, OH

RE PROP# 5---Asset scheduled as: See attached.

   Attachment states: Shares of AXA $35,000 current value;

   Investment of Hickory Hill Furniture Corp $100 current value;

   Investment in Norwalk Furniture Corp of Tennessee $10,000 current value;

   Trustee determined scheduled value of asset to be $45,100.00 per attachment to schedules.

   Value of asset to Estate is $19,774.02.

RE PROP# 6---Asset scheduled as: See attached

   Attachment states: Rosewood Retail LLC retail store operation in Mansfield, OH $61,000 current value;

   Alliance Trade Partners, LLC imported case good company, now out of business $16,000 current value;

   Commercial Vision investment in furniture operation in Chile $20,000 current value.

LFORM1

Ver: 18.00a

Case No:          08-35222     JPG   Judge: JOHN P. GUSTAFSON                    Trustee Name:            LOUIS J. YOPPOLO, TRUSTEE

Case Name:      NORWALK FURNITURE CORPORATION                               Date Filed (f) or Converted (c):   10/03/08 (f)

                                                                            341(a) Meeting Date:      11/17/08

                                                                            Claims Bar Date:          04/20/09

   Value to Estate determined to be $12,500 after allowance of secured claim of with Comerica Bank.  (Trustee unable to

   change actual value of asset to $12,500 for Form 1 due to fact that value has already been changed once.)  Check No.

   1006 was issued to Comerica Bank on 11/11/09 in amount of $27,400.)

RE PROP# 7---Assets fully encumbered by claim of Comerica Bank.

RE PROP# 11---Asset scheduled as:  see attached

   Attachment states description as:  Notes receivable from customers Norwalk $1,886,000 current value; Notes receivable

   from Norwalk Customer Order Furniture, Norwalk $2,000,000 current value; Employee Notes Receivable, Norwalk $125,000

   current value; Receivable from shareholders Norwalk $74,000 current value.

   Asset is fully encumbered by lien of Comerica Bank - no value to Estate.

RE PROP# 13---Collection of Assets by special counsel - Trustee determined remaining value uncollectable.

RE PROP# 17---Trustee determined asset is included in Asset No. 5  - "Stock" - and has attributed income for asset in

   Asset No. 5.

RE PROP# 18---Trustee determined issues in all unscheduled Bank Accounts relating to this asset resolved.

RE PROP# 19---Trustee determined funds belonged to Local 48, United Steel Workers.  Asset is not property of the Estate.

RE PROP# 20---Trustee has determined funds belong to Scholarship Foundation.  Asset is not property of the Estate.

RE PROP# 22---Asset relates to a possible recovery of a class action suit through National Recovery Services.  Trustee

   determined any recovery in asset belongs to Comerica Bank.


Initial Projected Date of Final Report (TFR): 06/01/10          Current Projected Date of Final Report (TFR): 06/01/15


        /s/      LOUIS J. YOPPOLO, TRUSTEE
_____ Date: 07/02/14
        LOUIS J. YOPPOLO, TRUSTEE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 08-35222 -JPG | Trustee Name: LOUIS J. YOPPOLO, TRUSTEE |
| Case Name: NORWALK FURNITURE CORPORATION | Bank Name: BANK OF KANSAS CITY |
| | Account Number / CD #: *******0007 REGULAR CHECKING ACCOUNT |
| Taxpayer ID No: *******7570 | |
| For Period Ending: 06/30/14 | Blanket Bond (per case limit): $ 2,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 354,941.28 | | 354,941.28 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 78.55 | 354,862.73 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 392.72 | 354,470.01 |
| 12/21/12 | 001001 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | BOND PREMIUM | 2300-000 | | 351.34 | 354,118.67 |
| 12/27/12 | 18 | PNC Bank National Association Ohio | Closed Bank Accounts | 1229-000 | 1,686.56 | | 355,805.23 |
| 12/27/12 | 18 | PNC Bank National Association Ohio | Closed Bank Account | 1229-000 | 1,544.84 | | 357,350.07 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 405.93 | 356,944.14 |
| 01/30/13 | 001002 | BUCHANAN, INGERSOLL & ROONEY, P.C. | ATTORNEY FOR TRUSTEE FEES (SPECIAL COUNSEL) | 3210-000 | | 27,231.50 | 329,712.64 |
| 01/30/13 | 001003 | BUCHANAN, INGERSOLL & ROONEY, P.C. | ATTORNEY FOR TRUSTEE EXPENSES (SPECIAL COUNSEL) | 3220-000 | | 163.51 | 329,549.13 |
| 02/08/13 | 18 | PNC Bank National Association Ohio | Closed Bank Account | 1229-000 | 522.17 | | 330,071.30 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 408.37 | 329,662.93 |
| 02/27/13 | 001004 | LOUIS J. YOPPOLO, ESQ. 1200 EDISON PLAZA 300 MADISON AVENUE TOLEDO, OH 43604 | ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 25,926.90 | 303,736.03 |
| 02/27/13 | 001005 | LOUIS J. YOPPOLO, ESQ. 1200 EDISON PLAZA 300 MADISON AVENUE TOLEDO, OH 43604 | ATTORNEY FOR TRUSTEE EXPENSES | 3120-000 | | 57.05 | 303,678.98 |
| 03/04/13 | 21 | BURR & FORMAN, LLP | Carveout from Sale of Cookeville | 1229-000 | 127,500.00 | | 431,178.98 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 449.13 | 430,729.85 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 616.02 | 430,113.83 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 618.98 | 429,494.85 |

LFORM2T4

Ver: 18.00a

| | | | | |
|---|---|---|---|---|
| Case No: | 08-35222  -JPG | | Trustee Name: | LOUIS J. YOPPOLO, TRUSTEE |
| Case Name: | NORWALK FURNITURE CORPORATION | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0007  REGULAR CHECKING ACCOUNT |
| Taxpayer ID No: | *******7570 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 638.35 | 428,856.50 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 616.84 | 428,239.66 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 636.49 | 427,603.17 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 635.54 | 426,967.63 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 614.13 | 426,353.50 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 633.68 | 425,719.82 |
| 11/21/13 | 001006 | Wickens, Herzer, Panza, Cook & Batista, Co. | Special Counsel Fees | 3210-000 | | 28,423.50 | 397,296.32 |
| 11/21/13 | 001007 | Thomas G. Funkhouser, CPA Director William Vaughan Company 145 Chesterfield Lane Maumee, OH  43537 | ACCOUNTANT FEES | 3410-000 | | 320.00 | 396,976.32 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 605.44 | 396,370.88 |
| 12/19/13 | 001008 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH  44145 | BOND PREMIUM - POLICY #8215-38-80 | 2300-000 | | 442.89 | 395,927.99 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 589.02 | 395,338.97 |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 587.59 | 394,751.38 |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 529.94 | 394,221.44 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 585.93 | 393,635.51 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 566.18 | 393,069.33 |
| 05/05/14 | 001009 | U.S. Department of Labor | DFVC Filing, EIN 34-4317570, Plan #008 | 2990-000 | | 4,000.00 | 389,069.33 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 580.38 | 388,488.95 |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 558.78 | 387,930.17 |

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 08-35222  -JPG | |
| Case Name: | NORWALK FURNITURE CORPORATION | |

| | |
|---|---|
| Taxpayer ID No: | *******7570 |
| For Period Ending: | 06/30/14 |

| | |
|---|---|
| Trustee Name: | LOUIS J. YOPPOLO, TRUSTEE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0007  REGULAR CHECKING ACCOUNT |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| Account  *******0007 | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 4 | Deposits | 131,253.57 | 9 | Checks | 86,916.69 | |
| 0 | Interest Postings | 0.00 | 21 | Adjustments Out | 11,347.99 | |
| | | | 0 | Transfers Out | 0.00 | |
| | Subtotal | $  131,253.57 | | Total | $  98,264.68 | |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 354,941.28 | | | | |
| | Total | $  486,194.85 | | | | |

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-35222 -JPG | | | Trustee Name: | LOUIS J. YOPPOLO, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | NORWALK FURNITURE CORPORATION | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******4809  MONEY MARKET ACCOUNT |
| Taxpayer ID No: | *******7570 | | | | |
| For Period Ending: | 06/30/14 | | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/08 | 1 | Wilson Auction and Realty Co. Ltd. 825 North Main Street Bryan, OH 43506 | Gross Sales of Tractors and Trailer | 1129-000 | 51,425.00 | | 51,425.00 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.32 | | 51,425.32 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 0.87 | | 51,426.19 |
| 02/11/09 | 001001 | Wilson Auction & Realty Co., Ltd. | AUCTIONEER FEES | 3610-000 | | 4,675.00 | 46,751.19 |
| 02/11/09 | 001002 | WILSON AUCTION & REALTY CO., LTD 825 N. MAIN STREET BRYAN, OH 43506 | AUCTIONEER EXPENSES | 3620-000 | | 11,001.53 | 35,749.66 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.59 | | 35,750.25 |
| 03/10/09 | 001003 | BENCH  FORMS & LABELS P.O. BOX 147 MONCLOVA, OH  43542-0147 | SUPPLIES FOR ACCOUNTANT MAILING OF W-2S | 2990-000 | | 542.22 | 35,208.03 |
| 03/23/09 | 001004 | Thomas G. Funkhouser Miller, Gardner & Co., CPA 500 Madison Avenue Suite 400 Toledo, OH   43604 | Accountant for Trustee Fees | 3410-000 | | 5,414.60 | 29,793.43 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 29,793.73 |
| * 04/13/09 | 001005 | UPS | Invoice 000095V70R149, 4/4/09 Incoming mail from Norwalk Furniture | 2990-003 | | 12.97 | 29,780.76 |
| * 04/13/09 | 001005 | UPS | Invoice 000095V70R149, 4/4/09 CHARGES FOR UPS ARE PUT ON LJY PERSONAL CHARGE CARD PER UPS TODAY - DID NOT SEND CHECK TO  UPS - VOIDED | 2990-003 | | -12.97 | 29,793.73 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 29,794.38 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.75 | | 29,795.13 |
| 06/04/09 | 13 | Joseph L. Steinfeld, Jr. STEINFELD, JR., JOSEPH L. | Pref Payment - Swavelle/Mill Creek        Memo Amount:          31,469.19 GROSS RECOVERY OF PREFERENCE | 1241-000 | 26,093.80 | | 55,888.93 |

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No: | 08-35222 -JPG | | Trustee Name: | LOUIS J. YOPPOLO, TRUSTEE |
| Case Name: | NORWALK FURNITURE CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4809  MONEY MARKET ACCOUNT |
| Taxpayer ID No: | *******7570 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ASK FINANCIAL | Memo Amount:    (    4,720.37 ) | 3210-000 | | | |
| | | | Special Counsel for Trustee Fees | | | | |
| | | ASK FINANCIAL | Memo Amount:    (    655.02 ) | 3220-000 | | | |
| | | | Special Counsel for Trustee Expenss | | | | |
| 06/22/09 | 14 | Hickory Hill Furniture Corp. | Sale of RE - Hickory Hill | 1210-000 | 22,500.00 | | 78,388.93 |
| | | McTevia & Associates, LLC, Trustee | | | | | |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.25 | | 78,391.18 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.33 | | 78,394.51 |
| 08/07/09 | 15 | NORTHWESTERN MUTUAL | Recovery of Insurance Rebate | 1229-000 | 1,960.04 | | 80,354.55 |
| 08/28/09 | 13 | JOSEPH L. STEINFELD, JR. | PREFERENCE RECOVERY | | 37,325.56 | | 117,680.11 |
| | | STEINFELD, JR., JOSEPH L. | Memo Amount:        44,132.93 | 1241-000 | | | |
| | | | GROSS RECOVERY OF PREFERENCE | | | | |
| | | ASK FINANCIAL | Memo Amount:    (    6,619.87 ) | 3210-000 | | | |
| | | | SPECIAL COUNSEL FOR TRUSTEE FEES | | | | |
| | | ASK FINANCIAL | Memo Amount:    (    187.50 ) | 3220-000 | | | |
| | | | SPECIAL COUNSEL FOR TRUSTEE EXPENSE | | | | |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.43 | | 117,683.54 |
| 09/03/09 | 16 | GE Money Bank | Reserve | 1229-000 | 155,794.10 | | 273,477.64 |
| | | c/o Scott Nerderman | | | | | |
| | | Senior Risk Manager | | | | | |
| | | P O Box 8726 | | | | | |
| | | Dayton, Ohio 45401-8726 | | | | | |
| 09/08/09 | 5 | AXA | AXA Stock | 1129-000 | 19,774.02 | | 293,251.66 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 13.94 | | 293,265.60 |
| 10/28/09 | 13 | Joseph Steinfeld, Jr. | Preference Recovery | | 28,862.26 | | 322,127.86 |
| | | STEINFELD, JR., JOSEPH | Memo Amount:        44,110.00 | 1241-000 | | | |
| | | | GROSS RECOVERY OF PREFERENCE | | | | |
| | | ASK FINANCIAL | Memo Amount:    (    6,765.69 ) | 3210-000 | | | |
| | | | Attorney for Trustee Fees | | | | |
| | | ASK FINANCIAL | Memo Amount:    (    8,482.05 ) | 3220-000 | | | |
| | | | Attorney for Trustee Expenses | | | | |

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-35222 -JPG | | Trustee Name: | LOUIS J. YOPPOLO, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NORWALK FURNITURE CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4809 MONEY MARKET ACCOUNT |
| Taxpayer ID No: | *******7570 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 17.59 | | 322,145.45 |
| 11/04/09 | 6 | T and B McCread Corp. | Sale of Membership-Rosewood Retail | 1129-000 | 39,900.00 | | 362,045.45 |
| 11/11/09 | 001006 | COMERICA BANK | SALE OF INTEREST IN ROSEWOOD RETAIL | 4210-000 | | 27,400.00 | 334,645.45 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 19.49 | | 334,664.94 |
| 12/17/09 | 13 | Joseph Steinfeld, Jr. | Preference Recovery | | 35,453.83 | | 370,118.77 |
| | | STEINFELD, JR., JOSEPH | Memo Amount: 47,124.62 | 1241-000 | | | |
| | | | GROSS RECOVERY OF PREFERENCE | | | | |
| | | ASK FINANCIAL | Memo Amount: ( 11,063.65 ) | 3210-000 | | | |
| | | | ATTORNEY FOR TRUSTEE FEES | | | | |
| | | ASK FINANCIAL | Memo Amount: ( 607.14 ) | 3220-000 | | | |
| | | | ATTORNEY FOR TRUSTEE EXPENSES | | | | |
| 12/24/09 | | MRSC INSURANCE PARTNERS LLC | BLANKET BOND | 2300-000 | | 676.26 | 369,442.51 |
| | | 31500 BAINBRIDGE ROAD, SUITE 5 | | | | | |
| | | SOLON, OH 44139 | | | | | |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 20.84 | | 369,463.35 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 21.96 | | 369,485.31 |
| * 02/12/10 | | JOSEPH L. STEINFELD, JR. | RECOVERY OF PREFERENCE | | 135,599.74 | | 505,085.05 |
| | | STEINFELD, JR., JOSEPH L. | Memo Amount: 101,080.43 | 1241-003 | | | |
| | | | RECOVERY OF PREFERENCE | | | | |
| | | ASK FINANCIAL LLP | Memo Amount: 34,519.30 | 3210-003 | | | |
| | | | SPECIAL COUNSEL FEES | | | | |
| | | UNALLOCATED AMOUNT NOT PAID TO TRUS | Memo Amount: 0.01 | 3210-003 | | | |
| | | | UNALLOCATED AMOUNT | | | | |
| * 02/12/10 | | JOSEPH L. STEINFELD, JR. | RECOVERY OF PREFERENCE | 1241-003 | -135,599.74 | | 369,485.31 |
| | | | ERROR IN NET AMOUNT | | | | |
| | | STEINFELD, JR., JOSEPH L. | Memo Amount: ( 101,080.43 ) | 1241-003 | | | |
| | | | RECOVERY OF PREFERENC ) | | | | |
| | | ASK FINANCIAL LLP | Memo Amount: ( 34,519.30 ) | 3210-003 | | | |
| | | | SPECIAL COUNSEL FEE ) | | | | |
| | | UNALLOCATED AMOUNT NOT PAID TO TRUS | Memo Amount: ( 0.01 | 3210-003 | | | |
| | | | UNALLOCATED AMOUN ) | | | | |

LFORM2T4

Ver: 18.00a

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No: | 08-35222 -JPG | Trustee Name: | LOUIS J. YOPPOLO, TRUSTEE | |
| Case Name: | NORWALK FURNITURE CORPORATION | Bank Name: | BANK OF AMERICA, N.A. | |
| | | Account Number / CD #: | *******4809  MONEY MARKET ACCOUNT | |
| Taxpayer ID No: | *******7570 | | | |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $ 2,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/12/10 | 13 | JOSEPH L. STEINFELD, JR. | Recovery of Preference | | 101,080.43 | | 470,565.74 |
| | | STEINFELD, JR., JOSEPH L. | Memo Amount: 135,599.74 | 1241-000 | | | |
| | | | GROSS RECOVERY OF PREFERNECE | | | | |
| | | ASK FINANCIAL LLP | Memo Amount: ( 33,898.25 ) | 3210-000 | | | |
| | | | ATTORNEY FOR TRUSTEE FEES | | | | |
| | | ASK FINANCIAL | Memo Amount: ( 621.05 ) | 3220-000 | | | |
| | | | ATTORNEY FOR TRUSTEE EXPENSES | | | | |
| | | UNALLOCATED FUNDS NOT PAID TO TRUST | Memo Amount: ( 0.01 ) | 3210-000 | | | |
| | | | UNALLOCATED FUNDS NOT | | | | |
| 02/12/10 | 001007 | Buchanan, Ingersoll & Rooney, P.C. | Attorney for Trustee Fees | 3210-000 | | 202,902.25 | 267,663.49 |
| 02/12/10 | 001008 | Buchanan, Ingersoll & Rooney, P.C. | Attorney for Trustee Expenses | 3220-000 | | 315.42 | 267,348.07 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 20.02 | | 267,368.09 |
| 03/04/10 | | Transfer from Acct #*******5028 | Transfer In From MMA Account | 9999-000 | 401,693.28 | | 669,061.37 |
| 03/04/10 | 001009 | COMERICA BANK | COMPROMISE AMOUNT | 4110-000 | | 559,176.01 | 109,885.36 |
| | | | SEE MOTION FOR AUTHORITY TO | | | | |
| | | | COMPROMISE FILED ON 2/5/10 AND ORDER | | | | |
| | | | APPROVING SAME OF 3/3/10 (DOCKET #709) | | | | |
| 03/18/10 | 13 | JOSEPH L. STEINFELD, JR. | Recovery of Preference | | 40,792.80 | | 150,678.16 |
| | | STEINFELD, JR., JOSEPH L. | Memo Amount: 54,506.56 | 1241-000 | | | |
| | | | GROSS RECOVERY OF PREFERNECE | | | | |
| | | ASK FINANCIAL LLP | Memo Amount: ( 13,625.00 ) | 3210-000 | | | |
| | | | ATTORNEY FOR TRUSTEE FEES | | | | |
| | | ASK FINANCIAL | Memo Amount: ( 88.76 ) | 3220-000 | | | |
| | | | ATTORNEY FOR TRUSTEE EXPENSES | | | | |
| * 03/22/10 | | COMERICA BANK | REIMBURSEMENT OF TAX ON R/E PAYMENT | 4110-003 | | -30,000.00 | 180,678.16 |
| * 03/22/10 | | COMERICA BANK | REIMBURSEMENT OF TAX ON R/E PAYMENT | 4110-003 | | 30,000.00 | 150,678.16 |
| | | | Trustee unsure as to whether funds actually belong to Estate after depost made into Trustee software and originally thought the moneys were for a reimbursement of tax on real estate. Deposit was voided after entry into software and not sent to | | | | |

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  08-35222  -JPG

Case Name:  NORWALK FURNITURE CORPORATION

Taxpayer ID No:  *******7570

For Period Ending:  06/30/14

Trustee Name:  LOUIS J. YOPPOLO, TRUSTEE

Bank Name:  BANK OF AMERICA, N.A.

Account Number / CD #:  *******4809  MONEY MARKET ACCOUNT

Blanket Bond (per case limit):  $ 2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/24/10 | | COMERICA BANK | Bank. Upon investigation, Trustee determined on 3/24/10 that funds do indeed belong to Estate as surcharge per compromise for moneys already paid to Estate. Said funds were re-deposited into account on 3/24/10 as a reimbursement per the compromise of 2/5/10 (Docket #605). Compromise of funds - surcharge Moneys received were for a return of funds for an allowed surcharge from moneys received from tax refunds, insuance rebates and rebates from GE Money Bank already received by Estate. Said moneys totaled $559,176.01 and said sum was paid to Comerica. See compromise dated 2/5/10 (Docket #605), paragraph 6 A. | 1229-000 | | -30,000.00 | 180,678.16 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 15.67 | | 180,693.83 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.43 | | 180,701.26 |
| 05/26/10 | 001010 | SHUMAKER, LOOP & KENDRICK, LLP | Attorney for Trustee Fees | 3210-000 | | 27,623.25 | 153,078.01 |
| 05/26/10 | 001011 | SHUMAKER, LOOP & KENDRICK, LLP | Attorney for Trustee Expenses | 3220-000 | | 1,056.16 | 152,021.85 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.67 | | 152,029.52 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.35 | | 152,036.87 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.45 | | 152,043.32 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.46 | | 152,049.78 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.25 | | 152,056.03 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.45 | | 152,062.48 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.26 | | 152,068.74 |
| 12/20/10 | | MRSC Insurance Partners , LLC | BOND PREMIUM | 2300-000 | | 228.98 | 151,839.76 |
| 12/22/10 | 13 | JOSEPH L. STEINFELD, JR. | Recovery of Preference | | 31,513.72 | | 183,353.48 |
| | | STEINFELD, JR., JOSEPH L. | Memo Amount:          42,719.10 | 1241-000 | | | |
| | | | GROSS RECOVERY OF PREFERENCE | | | | |
| | | ASK FINANCIAL LLP | Memo Amount:     (      10,678.00 ) | 3210-000 | | | |
| | | | ATTORNEY FOR TRUSTEE FEES | | | | |

LFORM2T4

Ver: 18.00a

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-35222 -JPG | | Trustee Name: | LOUIS J. YOPPOLO, TRUSTEE |
| Case Name: | NORWALK FURNITURE CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4809 MONEY MARKET ACCOUNT |
| Taxpayer ID No: | *******7570 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ASK FINANCIAL | Memo Amount: ( 527.38 ) | 3220-000 | | | |
| | | | ATTORNEY FOR TRUSTEE EXPENSES | | | | |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.84 | | 183,360.32 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.79 | | 183,368.11 |
| 02/23/11 | 001012 | Thomas G. Funkhouser | ACCOUNTANT FEES | 3410-000 | | 4,657.50 | 178,710.61 |
| | | Miller, Gardner & Co., CPA | | | | | |
| | | 500 Madison Avenue | | | | | |
| | | Suite 400 | | | | | |
| | | Toledo, OH 43604 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.41 | | 178,712.02 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.52 | | 178,713.54 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.46 | | 178,715.00 |
| 05/11/11 | 13 | JOSEPH L. STEINFELD, JR. | Recovery of Preference | | 48,061.65 | | 226,776.65 |
| | | STEINFELD, JR., JOSEPH L. | Memo Amount: 64,682.16 | 1241-000 | | | |
| | | | Preference Payment | | | | |
| | | ASK FINANCIAL LLP | Memo Amount: ( 16,518.15 ) | 3210-000 | | | |
| | | | ATTORNEY FOR TRUSTEE FEES | | | | |
| | | ASK FINANCIAL | Memo Amount: ( 102.37 ) | 3220-000 | | | |
| | | | ATTORNEY FOR TRUSTEE EXPENSES | | | | |
| | | ASK FINANCIAL | Memo Amount: 0.01 | 1241-000 | | | |
| | | | Preference Payment | | | | |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.79 | | 226,778.44 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.86 | | 226,780.30 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.92 | | 226,782.22 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.93 | | 226,784.15 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.86 | | 226,786.01 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.93 | | 226,787.94 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 288.92 | 226,499.02 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.86 | | 226,500.88 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 279.25 | 226,221.63 |
| 12/16/11 | | Insurance Partners Agency Inc. | BLANKET BOND | 2300-000 | | 276.14 | 225,945.49 |

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-35222 -JPG
Case Name: NORWALK FURNITURE CORPORATION

Trustee Name: LOUIS J. YOPPOLO, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4809 MONEY MARKET ACCOUNT

Taxpayer ID No: *******7570
For Period Ending: 06/30/14

Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 6190 Cochran Road, Suite E | | | | | |
| | | Solon, OH  44139 | | | | | |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.92 | | 225,947.41 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 278.73 | 225,668.68 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.91 | | 225,670.59 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 295.96 | 225,374.63 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.79 | | 225,376.42 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 267.86 | 225,108.56 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.91 | | 225,110.47 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 276.77 | 224,833.70 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.84 | | 224,835.54 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 285.65 | 224,549.89 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.90 | | 224,551.79 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 285.29 | 224,266.50 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.84 | | 224,268.34 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 266.55 | 224,001.79 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.90 | | 224,003.69 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 293.77 | 223,709.92 |
| 08/21/12 | 001013 | Thomas G. Funkhouser | ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 1,773.00 | 221,936.92 |
| | | Miller, Gardner & Co., CPA | | | | | |
| | | 500 Madison Avenue | | | | | |
| | | Suite 400 | | | | | |
| | | Toledo, OH   43604 | | | | | |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.89 | | 221,938.81 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 283.57 | 221,655.24 |
| 09/10/12 | 4 | Mass Mutual Insurance Group | INSURANCE PROCEEDS | 1129-000 | 18,994.28 | | 240,649.52 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.91 | | 240,651.43 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 266.81 | 240,384.62 |
| 10/11/12 | 4 | COMERICA BANK | INSURANCE PROCEEDS | 1129-000 | 114,850.03 | | 355,234.65 |
| 10/26/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 293.37 | 354,941.28 |
| | | 901 MAIN STREET | | | | | |

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        08-35222  -JPG

Case Name:     NORWALK FURNITURE CORPORATION

Taxpayer ID No:    *******7570

For Period Ending:   06/30/14

Trustee Name:         LOUIS J. YOPPOLO, TRUSTEE

Bank Name:             BANK OF AMERICA, N.A.

Account Number / CD #:     *******4809  MONEY MARKET ACCOUNT

Blanket Bond (per case limit):    $  2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/12 | | 10TH FLOOR<br>DALLAS, TX  75283<br>Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 354,941.28 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Account  *******4809 | | Balance Forward | 0.00 | | |
| | 21 | Deposits | 774,381.52 | 14 Checks | 816,536.94 |
| | 46 | Interest Postings | 247.30 | 16 Adjustments Out | 4,843.88 |
| | | | | 1 Transfers Out | 354,941.28 |
| | | Subtotal | $    774,628.82 | | |
| | | | | Total | $  1,176,322.10 |
| | 0 | Adjustments In | 0.00 | | |
| | 1 | Transfers In | 401,693.28 | | |
| | | Total | $  1,176,322.10 | | |

Memo Allocation Receipts:        464,344.31

Memo Allocation Disbursements:   115,160.26

Memo Allocation Net:             349,184.05

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-35222 -JPG | | Trustee Name: | LOUIS J. YOPPOLO, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NORWALK FURNITURE CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5028  MONEY MARKET ACCOUNT |
| Taxpayer ID No: | *******7570 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/20/09 | 12 | UNITED STATES TREASURY | TAXES | 1229-000 | 401,384.00 | | 401,384.00 |
| 02/20/09 | 12 | UNITED STATES TREASURY | TAXES | 1229-000 | 37.87 | | 401,421.87 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.64 | | 401,423.51 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 10.24 | | 401,433.75 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.10 | | 401,456.85 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.86 | | 401,480.71 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.11 | | 401,503.82 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.87 | | 401,527.69 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.87 | | 401,551.56 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.10 | | 401,574.66 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.87 | | 401,598.53 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.11 | | 401,621.64 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.88 | | 401,645.52 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 23.88 | | 401,669.40 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 21.57 | | 401,690.97 |
| 03/04/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.31 | | 401,693.28 |
| 03/04/10 | | Transfer to Acct #*******4809 | Final Posting Transfer | 9999-000 | | 401,693.28 | 0.00 |

| Memo Allocation Receipts: | 0.00 |
|---|---|
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| Account  *******5028 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 401,421.87 | 0 | Checks | 0.00 |
| | 14 | Interest Postings | 271.41 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 401,693.28 |
| | | Subtotal | $ 401,693.28 | | | |
| | | | | | Total | $ 401,693.28 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 401,693.28 | | | |

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-35222 -JPG

Case Name: NORWALK FURNITURE CORPORATION

Taxpayer ID No: *******7570

For Period Ending: 06/30/14

Trustee Name: LOUIS J. YOPPOLO, TRUSTEE

Bank Name: BANK OF AMERICA, N.A.

Account Number / CD #: *******5028 MONEY MARKET ACCOUNT

Blanket Bond (per case limit): $ 2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Total Allocation Receipts: 464,344.31

Total Allocation Disbursements: 115,160.26

Total Memo Allocation Net: 349,184.05

| Report Totals | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 27 | Deposits | 1,307,056.96 | 23 Checks 903,453.63 |
| 60 | Interest Postings | 518.71 | 37 Adjustments Out 16,191.87 |
| | | | 2 Transfers Out 756,634.56 |
| | Subtotal | $ 1,307,575.67 | |
| | | | Total $ 1,676,280.06 |
| 0 | Adjustments In | 0.00 | |
| 2 | Transfers In | 756,634.56 | |
| | Total | $ 2,064,210.23 | Net Total Balance $ 387,930.17 |

LFORM2T4

Ver: 18.00a